UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 08-21817-AJC
CHAPTER 7 CASE

IN RE:

MARIELLA R. ARIAS

Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his/her appearance as attorney for COUNTRYWIDE HOME LOANS SERVICING, L.P., a secured lien holder, creditor of the above style debtors.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this __3__ day of December, 2008.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517

By:_____
Scott Weiss, Esq.
Bar Number: 710910

08-57468

Mailing List for Case No.: 08-21817-AJC

**Trustee**
**Joel L Tabas**
25 SE 2 Ave Ste 919
Miami, FL 33131
305-375-8171

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Mariella R Arias**
1140 NE 191 St D22
North Miami Beach, FL 33179

**Patrick L Cordero, Esq**
198 NW 37 Ave.
Miami, FL 33125
(305) 445-4855

08-57468