**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on December 9, 2008**

_____
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 08−21817−AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Mariella R Arias
1140 NE 191 St D22
North Miami Beach, FL 33179

SSN: xxx−xx−2577

## FINAL DECREE

The trustee, Joel L Tabas, having filed a final report that the estate has been fully administered, is discharged and the case is closed.

# CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: covington          Page 1 of 1              Date Rcvd: Dec 09, 2008
Case: 08-21817                Form ID: CGFD28          Total Served: 1

The following entities were served by first class mail on Dec 11, 2008.
db           +Mariella R Arias,   1140 NE 191 St D22,   North Miami Beach, FL 33179-6119

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2008**              **Signature:** *Joseph Speetjens*